James J. Doherty, Public Defender, of Chicago (Robert Morel Gray, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANCIS BAKER, Defendant-Appellant.

(No. 58354;

First District (5th Division)—February 15, 1974.

PER CURIAM.

DRUCKER, J., took no part.

James J. Doherty, Public Defender, of Chicago (Shelvin Singer, Professor of Law, I.I.T. Chicago-Kent College of Law, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Lee T. Hettinger, Assistant State's Attorneys, of counsel), for the People.